**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) VISTA VIEW, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| vs. | ) | |
| | ) | |
| (1) COUNTRY MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S**
**NOTICE OF REMOVAL**

Defendant Country Mutual Insurance Company ("**Defendant**" or "**CMIC**") hereby respectfully submits its Notice of Removal of the action styled and numbered, *Vista View, LLC v. Country Preferred Insurance Company*, Case No. CJ-2025-4186, currently pending in the District Court of Oklahoma County, Oklahoma to the United States District Court for the Western District of Oklahoma.  Pursuant to 28 U.S.C. § 1446 and L.Cv.R. 81.2, a copy of the state court docket sheet and a copy of all documents filed in the state court action are attached hereto as Exhibits 1-6.  For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1132, 1441, and 1446.

**I.  FACTS UPON WHICH REMOVAL IS BASED**

1.    On June 12, 2025, Plaintiff Vista View, LLC ("**Plaintiff**" or "**Vista View**") filed its Petition in the District Court of Oklahoma County, Case No. CJ-2025-4186, asserting claims against Defendant CMIC, who is alleged to be a foreign insurance

1

company that was not incorporated in Oklahoma and does not have its principal place of business in Oklahoma.  See Exhibit 2, at ¶ 2.

2.    The Petition filed on June 12, 2025 was not served upon CPIC.

3.    On November 21, 2025, the Oklahoma Insurance Department received the Summons and Plaintiff's Amended Petition in the state court lawsuit. *See* Exhibit 3.

4.    The Amended Petition states CMIC is an incorporated foreign insurance company that was not incorporated in Oklahoma and does not have its principle place of business in Oklahoma, but is authorized to conduct business in Oklahoma. *See* Exhibit 3, at ¶ 2.

5.    Plaintiff's Amended Petition states the Plaintiff is a limited liability company that was incorporated in Idaho and has its principal place of business in Idaho.  *See* Exhibit 3, at ¶ 5.

6.    The properties which are the subject of the Plaintiff's allegations in its Amended Petition are located in Broken Bow, McCurtain County, Oklahoma.  *See* Exhibit 3, at ¶ 7.

7.    The insurance contract which is the subject of the Plaintiff's allegations in its Amended Petition was issued through Nik McDaniel, a Country Financial agent located in Edmond, Oklahoma County, State of Oklahoma.  *See* Exhibit 1 to Plaintiff's Amended Petition (Exhibit 3 hereto), at Common Policy Declarations.

8.    Plaintiff's Amended Petition asserts claims against Defendant CMIC for breach of contract, breach of the duty of good faith and fair dealing, and punitive damages. *See* Exhibit 3.  Plaintiff seeks damages in excess of $75,000.00, the amount required for

diversity jurisdiction as stated in 28 U.S.C. § 1332.  Plaintiff specifically seeks payment of $499,493.46 as an "undisputed amount," and further seeks "approximately $436,372.65 in additional disputed amounts owed."  *See* Exhibit 3, at ¶¶ 81 and 82.

## II.  CPIC'S NOTICE OF REMOVAL IS TIMELY

CMIC submits this Notice of Removal is timely pursuant to 28 U.S.C. § 1446, as CMIC received the Summons and Amended Petition on November 26, 2025, five (5) days after it was received by the Oklahoma Insurance Department.

## III.  VENUE IS PROPER

Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district.

## IV.  PARTIES

Plaintiff is a resident of Idaho, and CMIC is an Illinois corporation with its headquarters in Bloomington, Illinois. The insurance contract which the Plaintiff alleges was breached by CMIC was entered into in Oklahoma County, State of Oklahoma.

## V.  BASIS FOR REMOVAL JURISDICTION

Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court, and the federal courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332. No properly joined defendant is a citizen of the State of Oklahoma, and the amount in controversy exceeds $75,000.00 excluding interest, costs and attorneys' fees. Removal is proper because there is no, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and the proper Defendant—CPIC.

## VI.  <u>CONCLUSION</u>

All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). CMIC will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

WHEREFORE, Defendant Country Mutual Insurance Company hereby gives notice of this removal from the District Court of Oklahoma County, Oklahoma to the United States District Court for the Western District of Oklahoma.

Respectfully Submitted,

<u>/s/ Amy E. Hampton</u>
**AMY E. HAMPTON, OBA No. 20235**
**PRAY WALKER, P.C.**
21 N. Greenwood Ave., Ste. 400
Tulsa, OK 74120
Tel. (918) 581-5500
Fax (918) 581-5599
Email: ahampton@praywalker.com
*Attorney for Defendant Country Mutual*
*Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I, Amy E. Hampton, hereby certify that on this 11th day of December, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Ben D. Baker

Levi B. Baker

Dawn M. Goeres

Laurie Koller

Jim Kelly

*s/Amy E. Hampton*
**AMY E. HAMPTON**